**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**NESTORA GARCIA,** *et al.***,**

        Plaintiffs,

                                          Case No. 09-cv-322 BB/WDS

        v.

**BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO,** *et al.***,**

        Defendants.

## ORDER

THIS MATTER comes before the Court on Plaintiffs' motion to strike (Doc. 177) Defendant Shannon's untimely joinders to Defendant McMurray's motion for summary judgment and *Daubert* motion. Plaintiffs have submitted no argument, evidence or authority in support of their motion, other than the untimeliness of the filing. Nor can any support for this motion be inferred from the record or proceedings.

As a member of the New Mexico bar, and in accordance with standards of attorney professionalism, Ms. Hawk should be aware that she is expected to "agree to reasonable requests for extensions of time or waivers of formalities when legitimate interests of [the] client will not be adversely affected." State Bar of New Mexico, *Creed of Professionalism*, http://www.nmbar.org/Attorneys/creed.html

Therefore, it is ORDERED that the motion to strike be, and hereby is, DENIED.

Dated this 27th day of January, 2012.

                                    _____
                                    BRUCE D. BLACK
                                    UNITED STATES DISTRICT JUDGE